IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAUNCY CARTER,

    Plaintiff,

    v.

Case No. 18-cv-209-wmc

JADDIE LAINE REICH AND
CHARLES A. VEARGAN ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |